**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JACQUELINE B., | : | CIVIL ACTION |
|          Plaintiff | : | |
|     v. | : | |
| | : | |
| FRANK BISIGNANO,[1] | : | |
| Commissioner of the Social | | |
| Security Administration, | : | |
|          Defendant | : | NO.  24-4120 |

**ORDER**

**AND NOW**, this 29th day of June 2026, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 10) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall:  explicitly acknowledge that Plaintiff was found disabled in 2009 because she satisfied the requirements of Listed Impairment 12.04 **and** the ALJ shall accept that finding, unless she can identify reasons why the finding is incorrect.

**BY THE COURT**:

_/s/ Carol Sandra Moore Wells_____
CAROL SANDRA MOORE WELLS
United States Magistrate Judge

---

[1] Frank Bisignano became Commissioner of the Social Security Administration on May 7, 2025.  Pursuant to Fed. R. Civ. P. 25(d), Mr. Bisignano is substituted as Defendant in this suit and, pursuant to the last sentence of 42 U.S.C. § 405(g), no further action needs to be taken to continue this suit.